# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2020

161980 & (21)(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ECONOMIC INVESTMENT FOR
SOUTHGATE 2020,
          Plaintiff-Appellant,

v

SOUTHGATE CITY CLERK,
          Defendant-Appellee.

SC: 161980
COA: 354715
Wayne CC: 20-010773-AW

_____/

On order of the Court, the motion to expedite and for immediate consideration is GRANTED. The application for leave to appeal the September 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2020



Clerk

b0914